In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00390-CV
_____

**BARBARA M. FEIGIN AND MICHAEL E. FEIGIN, Appellants**

**V.**

**MONTGOMERY CENTRAL APPRAISAL DISTRICT, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-07-09046-CV**

**MEMORANDUM OPINION**

On November 6, 2019, we notified the parties that the notice of appeal did not appear to have been timely filed. The appellants did not file a response. The trial court signed the judgment on July 24, 2019, and the appellate timetables were not extended by the timely filing of a motion for new trial. *See* Tex. R. App. P. 26.1(a). Notice of appeal was due to be filed on October 22, 2019. *See id*.

Appellants filed a notice of appeal on November 4, 2019, more than thirty days from the date of the judgment and outside the period for which we may grant an extension of time to perfect appeal. *See* Tex. R. App. P. 26.3. This Court lacks jurisdiction over this appeal. Accordingly, we dismiss the appeal for lack of jurisdiction.

APPEAL DISMISSED.

PER CURIAM

Submitted on December 11, 2019
Opinion Delivered December 12, 2019

Before McKeithen, C.J., Kreger and Horton, JJ.